UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-12 JRT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SATISFACTION OF** |
| | ) | **MONETARY IMPOSITION** |
| CHRISTOPHER J. OCHTERA, | ) | **AND RELEASE OF ABSTRACT** |
| | ) | |
| Defendant. | ) | |

The monetary imposition of $7,000.06 in restitution and $100.00 special assessment in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Ramsey, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Ramsey County, as Document No. 3064702, in the amount of $7,100.06 plus interest.

Dated: March 8, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600